[No. 47902-8-II.   Division Two.   September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEROY HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-01914-9, Jack F. Nevin, J., entered August 6, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 47906-1-II.   Division Two.   September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LAWRENCE BODINE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-00334-5, Michael H. Evans, J., entered August 6, 2015. *Remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 47973-7-II.   Division Two.   September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. E.A.S., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-8-00042-7, G. Helen Whitener, J., entered August 10, 2015. *Reversed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 48087-5-II.   Division Two.   September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL ANTHONY FERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00998-1, Stephen M. Warning, J., entered August 25, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Maxa, J.